IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| GREGORY ALLEN, # 205722, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 2:15cv28-MHT |
| ) | (WO) |
| DR. RAHMING, ) | |
| ) | |
| Defendant. ) | |

OPINION AND ORDER

Pursuant to 42 U.S.C. § 1983, the plaintiff, a state inmate suffering from metastatic liver and colon cancer, filed this case alleging that he is being denied needed pain medication and other treatment in violation of the Eighth Amendment.  This case is before the court on the recommendation of the United States Magistrate Judge that the plaintiff's motion for a preliminary injunction be denied.  No objections have been filed.  Upon an independent and de novo review of the record, it is ORDERED as follows:

    1. The recommendation of the United States Magistrate Judge (doc. no. 17) is adopted.

    2. The plaintiff's motion for preliminary injunction (doc. no. 1) is denied without prejudice.

    3. This case is referred back to the magistrate judge for further proceedings.

    DONE, this the 30th day of March, 2015.

                                  /s/ Myron H. Thompson
                                **UNITED STATES DISTRICT JUDGE**