IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
GREGORY ALLEN, # 205722,     )
                             )
     Plaintiff,              )
                             )       CIVIL ACTION NO.
     v.                      )         2:15cv28-MHT
                             )            (WO)
DR. RAHMING,                 )
                             )
     Defendant.              )
```

OPINION

Pursuant to 42 U.S.C. § 1983, the plaintiff, a state inmate suffering from metastatic liver and colon cancer, filed this case alleging that he is being denied needed pain medication and other treatment in violation of the Eighth Amendment.  This case is before the court on the recommendation of the United States Magistrate Judge that the plaintiff's case be dismissed without prejudice.  There are no objections to the recommendation.  After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 30th day of April, 2015.

                              /s/ Myron H. Thompson
                          UNITED STATES DISTRICT JUDGE